*JMC*
*20130181*
*3/26/13*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

2013CRW000964

TO: CHIEF OF POLICE, D.C. METROPOLITAN POLICE DEPARTMENT
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by  Officer Mark D Pugh  7th District #5390
that he has probable cause to believe that on the ☐person ☒premises ☐vehicle ☐object, known as  3921 4th STREET #2 S.E. WASHINGTON, D.C.
THE PREMISE CAN BE DESCRIBED AS A RED BRICK TWO STORY APARTMENT BUILDING. THE APARTMENT BUILDING HAS "3921" WRITTEN IN BLACK FONT. ONCE INSIDE THE APARTMENT BUILDING TO THE IMMEDIATE RIGHT IS A LIGHT BROWN DOOR WITH THE NUMBER "2" IN BLACK FONT ON THE FIRST FLOOR..

in the District of Columbia, there is now being concealed certain property, namely  Firearms related items decribed as:
Any illegal firearms, parts of firearms, firearm magazines, ammunition, holsters, gun cleaning kits, gun cases, pictures, papers or other paraphernalia relating to the ownership of a firearm.

which is  In violation of D.C. Code 42-4502 - 4504  and as I am satisfied
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated ☐person ☒premises ☐vehicle ☐object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/~~at any time of the day or night~~, the designated ☐person ☒premises ☐vehicle ☐object, for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court ~~on the~~ next Court day after its execution.

Issued this  26th  day of  March , 20 13     _____
                                                Judge, Superior Court of the District of Columbia

### RETURN

I received the above detailed warrant on  March 26 , 20 13  and have executed it as follows:
On  March 26 , 20 13 , at  6:41  ☐ AM ☒ PM, I searched the ☐person ☒premises ☐vehicles ☐object, described in the warrant and I left a copy of the warrant and return with
Portrice Patricia Pitts                                                                           properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
Mail matter,

This inventory was made in the presence of  L.Rollins, J.Little, S.Hodges, T.Lovington, J.Chastonet, M.Stevens, S.Anderson, S.Cattet, U.Tutt, V.Tegans, V.Plumley
I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Executing Officer

Subscribed and sworn to before me this  29  day of  MARCH , 20 13

_____
Judge, Superior Court of the District of Columbia

Form CD -1055 / Apr. 00

3.26.13

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A DISTRICT OF COLUMBIA SUPERIOR COURT SEARCH WARRANT

SEARCH WARRANT FOR THE ENTIRE PREMISES, TO INCLUDE THE CURTILAGE OF, 3921 4th STREET #2, SOUTHEAST, IN WASHINGTON, DC. THE PREMISE CAN BE DESCRIBED AS A RED BRICK TWO STORY APARTMENT BUILDING. THE APARTMENT BUILDING HAS "3921" WRITTEN IN BLACK FONT. ONCE INSIDE THE APARTMENT BUILDING TO THE IMMEDIATE RIGHT IS A LIGHT BROWN DOOR WITH THE NUMBER "2" IN BLACK FONT ON THE FIRST FLOOR.

Your affiant is assigned to the Metropolitan Police Department's Seventh District Vice Unit with over eleven years of service within the District of Columbia. Your affiant has received training from the Metropolitan Police Department Institute of Police Science in the field of firearms, specifically the illegal possession of firearms. Based upon your affiant's professional training, your affiant's experience as an officer enforcing laws against the illegal possession of firearms, your affiant's experience in affecting arrests of individuals illegally possessing firearms, as well as your affiant's work with other veteran police officers, investigators and detectives, your affiant reasonably believes:

    a. That persons who keep or carry guns illegally commonly retain items associated with their firearms long after they bought or obtained the guns, including: the original manufacturer's packaging, gun-cleaning equipment, and additional parts such as gun scopes, gun sights, night and laser gun sights, ballistic body armor, targets, gun maintenance records, purchase documents, and shooting range receipts; and, that these are almost always stored in the gun-possessor's home; in particular, gun cleaning equipment, which is excellent evidence of illegal gun possession, normally is not carried on a person with a gun, but kept at home to be used periodically to keep a gun "in shape" or good working order.

    b. That such gun possessors buy or get and keep in storage extra ammunition for their firearms, beyond the immediate capacity of the particular firearm and, that they keep such additional ammunition in their homes. Among the main reasons for this is that the smallest amount that commonly can be bought from a gun shop is a 50-round box; this is a standard size sold at gun shops across the District of Columbia's borders in Prince George's County, Maryland; the gun shops in Prince George's County are the closest in the area of the Seventh Metropolitan Police Department (MPD) District; few if any guns have a capacity of 50 rounds, and thus most persons who have guns in the Seventh District, or elsewhere in Washington, D.C., must have bullets kept or stored outside a gun that is being carried personally.

    c. That, it is not uncommon for a person who possesses one firearm to own or possess additional firearms, and, that it is not uncommon for a person who is found to be carrying a firearm in his possession to have stored at his home one or more additional firearms, along with additional ammunition, and papers related to the acquisition of that firearm.

Page 1 of 3


     d. That many persons who illegally possess guns often have pictures taken of themselves with friends in which they display their gun or guns, and that these pictures themselves are excellent evidence of illegal gun possession, and commonly are kept at the gun possessor's home or in their room at their homes along with gun paraphernalia. Your affiant also knows that individuals commonly take digital images of themselves in possession of guns and these images are usually maintained in cell phones or on personal computers.

     e. That, even after an individual's arrest for gun-related charges, the person's family ~~and~~ commonly do not dispose of other firearms or ammunition; and, even if they do get rid of other guns, they are much less likely to get rid of ammunition; possession of which is almost always a crime in Washington, D.C. Further, that hardly ever do such associates remove or get rid of gun packaging or cleaning equipment or photos of a person with a gun, and that such items will remain at the arrested individual's home for a considerable period of time after such arrest.

On March 23, 2013 Vice Officers K. Togans, K. Speight, and the affiant were conducting Robbery Suppression Operation in PSAs 704, 705 and 708. These areas are known for having large amounts of street robberies involving firearms.

Officer Speight has received information on numerous occasions that an individual who frequents the front of 3921 4th street is armed with a handgun.

While conducting Robbery Suppression Operations, Vice Officers noticed Tyrone Pitts standing on the sidewalk in front of 3921 4th Street, Washington, D.C. wearing all dark clothing. When Tyrone Pitts was alerted to Vice Officers' presence he attempted to avoid eye contact with the Vice Officers and appeared to be unsure of where he wanted to go.

Vice Officers K. Togans, K. Speight, and the affiant then made contact with Tyrone Pitts. Vice Officer Togans asked Tyrone Pitts if he had anything illegal on his person. Tyrone Pitts replied "No, you can check." While speaking to the Vice Officers Tyrone Pitts raised both of his arms in the air.

The affiant then conducted a protective pat down for weapons on Tyrone Pitts and felt a metal object in the front of Tyrone Pitts' waist band. The affiant has been involved in over one hundred illegal weapon arrest and immediately recognized this to be a firearm.

The affiant removed the metal object and discovered it was a Jimenez Arms Model J.A. NINE 9MM Stainless steel semi-automatic hand gun with serial number 060256. The firearm appeared to be fully functional, designed to expel a projectile by means of an explosive action by the use of one hand, had a barrel length of less than 12 inches, and contained eleven rounds of 9mm ammunition.

Page 2 of 3



Tyrone Pitts was placed under arrest for carrying a pistol. After the arrest Vice Officer Ursula Tutt asked Tyrone Pitts for his biographical information. Tyrone Pitts told Vice Officer Ursula Tutt that he lived at 3921 4th Street, Southeast, Washington, DC #2. Where Tyrone Pitts was arrested is the same block where he resides.

On March 23, 2013 at approximately 0830 hours Patrol Officer M. Marinos responded to 3921 4th Street, Southeast, Washington, DC #2 in full uniform. Patrol Officer M. Marinos was met by a woman who stated she was Tyrone Pitts' niece. She stated that Tyrone Pitts does live at 3921 4th Street, Southeast, Washington, DC #2 but was not home at the time.

A search of the records of the Metropolitan Police Department relating to the issuance of licenses to carry a pistol was conducted and it was determined that Tyrone Pitts doesn't have a license to carry a pistol in the District of Columbia. A further check was made to determine if Tyrone Pitts had any firearms or ammunition registered to him. The result of that check was that Tyrone Pitts does not have any firearms or ammunition registered.

Based upon the above listed facts and circumstances, your affiant respectfully requests that a District of Columbia Superior Court Judge issue a search warrant for the entire premise of 3921 4th Street, Southeast, Washington, D.C., for the seizure of additional guns, additional ammunition and other gun related items, photographs or paperwork that reflect the possession of firearms, or paperwork reflecting who inhabits the residence, as well as the search of any occupants located within the premises.

_____          _____ 3.26.13
Mark Pugh                        Assistant United States Attorney
Vice Officer
Metropolitan Police Department

Sworn and subscribed before me this 26th day of March, 2013.

_____
D.C. Superior Court Judge

Page 3 of 3