UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrice Pitts, et al.,        ) | |
|             ) | |
|     Plaintiffs,     ) | |
|             ) | Case No. 1:14-CV-1319 (TSC) |
|        v.             ) | |
|             ) | |
| The District of Columbia, et al.,        ) | |
|             ) | |
|     Defendants.     ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.2(g), I, the undersigned attorney, hereby notice my appearance as attorney of record and co-counsel in this matter. On behalf of Equal Justice Under Law, I represent the Plaintiffs in this case. As required by Local Rule 83.2(g), I hereby certify that:

(1) I am not currently a member of the District of Columbia bar, although I have an application pending.

(2) I am a member in good standing of the California State Bar and have been in good standing since my admission on December 1, 2008. I am therefore eligible to practice in and am in good standing with the California State Supreme Court.

(3) I have also been admitted to practice in several federal courts, including the United States Court of Appeals for the D.C. Circuit (admitted August 31, 2009), the United States District Court for the Eastern District of California (admitted March 20, 2014), the United States District Court for the Middle District of Alabama (*pro hac vice* admission, March 26, 2014), the United Court of Appeals of the Ninth Circuit (admitted October 22, 2014), and the United States District Court for the Eastern District of Washington (*pro hac vice* admission,

November 6, 2014). I have never been subject to any disciplinary proceedings or sanctions by any court or bar association.

(4) My clients — Plaintiffs in this matter — are indigent and totally unable to afford to pay for legal representation.

(5) I am providing representation without compensation.

    Respectfully submitted,

    */s/ Phil Telfeyan*
    Phil Telfeyan
    California State Bar number 258270
    Equal Justice Under Law
    916 G Street NW, Suite 701
    Washington, D.C. 20001
    Telephone: (202) 505-2058
    E-mail: ptelfeyan@equaljusticeunderlaw.org

Dated: February 4, 2015