UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICE PITTS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 14-cv-1319 (TSC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion to Dismiss (ECF No. 7) and the parties' respective submissions, and for the reasons set forth below, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART.** To wit, it is hereby

**ORDERED** that the Motion is **GRANTED** as to (i) the portion of Count I concerning MPD Officer Defendants other than Mark Pugh; (ii) the portion of Count II concerning the street search of non-party Tyrone Pitts; (iii) Counts III and VI in their entirety; (iv) the Fourth Amendment claim in Count VII concerning the handcuffing of Plaintiffs during the search; and (v) the Fifth Amendment claim in Count VII. It is hereby further

**ORDERED** that the Motion is **DENIED** as to (i) the portion of Count I concerning MPD Officer Defendant Mark Pugh; (ii) the portion of Count II concerning Pugh obtaining the search warrant based on false and misleading statements and omissions other than those concerning the street search of non-party Tyrone Pitts; (iii) Counts IV and V in their entirety; and (iv) the Fourth Amendment claims in Count VII concerning the cavity search and the search for drugs.

2

Date:  March 31, 2016

                                      *Tanya S. Chutkan*
                                      TANYA S. CHUTKAN
                                      United States District Judge