**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————
                                                )
PATRICE PITTS, *et al.*,                         )
                                                )
      Plaintiff,                           )   Civil Action No.: 1:14-cv-01319 (TSC)
                                                )
      v.                                   )
                                                )
DISTRICT OF COLUMBIA, *et al.*,                  )
                                                )
      Defendants.                          )
———————————————————)

## DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, District of Columbia, Mark Pugh, Leroy Rollins, Sean Hodges, Tony

Covington, James Chastanet, Marcus Stevens, Seth Anderson, Sydney Catlett, Kim Togans,

James Little, Ursula Tutt, and Kristopher Plumley by and through undersigned counsel, answer

Plaintiff's Amended Complaint in the above-captioned matter as follows:

### First Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Defendants deny all allegations of wrongdoing, including but not limited to

violations of common law, statutory and constitutional violations, negligence, deliberate

indifference, and unconstitutional policy or custom. The Defendants further deny that Plaintiff is

entitled to any relief whatsoever.

### Third Defense

      The District of Columbia, its agents, servants, and employees acting within the course

and scope of their employment, have performed their obligations, if any, towards Plaintiffs in

1

accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

### Fourth Defense

If Plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries were the result of their own intentional, illegal and/or otherwise wrongful conduct.

### Fifth Defense

If Plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of the criminal acts of a person or persons other than the District of Columbia, its agents, employees, and/or servants acting within the scope of their employment.

### Sixth Defense

If Plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of their own sole or contributory negligence and/or her assumption of the risk.

### Seventh Defense

If Plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of a person or persons other than the District of Columbia, its employees, agents and servants acting within the scope of their employment.

### Eighth Defense

At all times relevant herein, the District of Columbia, its employees, agents and servants, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

**Ninth Defense**

The Plaintiffs' claims against defendants are barred by the doctrine qualified immunity. Defendants acted in good faith and therefore are immune from liability.

**Tenth Defense**

Acts or omissions of the District of Columbia, its employees, agents, or servants acting within the course and scope of their employment, were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

**Eleventh Defense**

Plaintiffs may have failed to comply with the statute of limitations or the claims may be barred by laches.

**Twelfth Defense**

Plaintiffs are not entitled to punitive damages.

**Thirteenth Defense**

Plaintiffs may have failed to comply fully with the mandatory notice requirements of D.C. Code § 12-309.

**Fourteenth Defense**

Plaintiffs have failed to state a claim under the Fourth Amendment.

**Fifteenth Defense**

Plaintiffs have failed to state a claim under the Fifth Amendment.

**Sixteenth Defense**

Plaintiffs have failed to state a claim for municipal liability.

**FIRST AMENDED COMPLAINT**

**<u>Nature of the Action</u>**

1)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

2)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

3)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

4)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

5)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

6)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Jursidiction and Venue**

7)      These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

8)      These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Parties**

9)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

10)      Admitted.

11)      Admitted that Officer Pugh prepared the search warrant, participated in the execution of the warrant, and participated in the stop of Tyrone Pitts.  The remaining allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

12)      Admitted that the stated individuals are all officers of the Metropolitan Police Department.  The Defendants lack sufficient knowledge or information to admit or deny remaining the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.  Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Factual Background**

**The Clear Lack of Probable Cause**

13)      These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

14)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

15)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

16)     These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

17)     Denied.

18)     The Defendants admit the contents of Officer Pugh's warrant application.  The Defendants lack sufficient knowledge or information to admit or deny the remaining allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

19)     The Defendants admit the contents of Officer Pugh's warrant application.

20)     The Defendants admit the contents of Officer Pugh's warrant application.  The Defendants lack sufficient knowledge or information to admit or deny the remaining allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

21)     The Defendants lack sufficient knowledge or information to admit or deny the remaining allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

22)     The Defendants lack sufficient knowledge or information to admit or deny the remaining allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

23)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

24)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

25)     Admitted.

26)     Admitted that no contraband was located.

27)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

28)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

29)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

30)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

31)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

32)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

33)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

34)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

35)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

36)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

37)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

38)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

39)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

40)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

41)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

<strong>The Warrant Application Contained Additional</strong>

<strong>False Statements Designed to Hide an Unlawful Search</strong>

42)     Admitted.

43)     Denied.

44)     Denied.

45)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

<strong>The Violent Raid of the Pitts's Home</strong>

46)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

47)     These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

48)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

49)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

50)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

51)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

52)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

53)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

54)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

55)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

56)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

57)     The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

58)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

59)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

60)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

61)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

62)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

63)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

64)	The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

65)	Admitted.

66)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

67)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

68)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

69)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

70)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

71)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

72)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

73)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

74)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

75)      The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

76)      These allegations are conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

77)     The Defendants lack sufficient knowledge or information to admit or deny the

allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

78)     The Defendants lack sufficient knowledge or information to admit or deny the

allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

79)     The Defendants lack sufficient knowledge or information to admit or deny the

allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

### Claims for Relief

**One:   The Warrant Application Was So Lacking in Probable Cause that No Reasonable Officer Could Have Relied on It in Good Faith. Reliance on the Warrant Application Violated the Fourth Amendment.**

80)     The Defendants adopt and incorporate every answer in paragraphs 1 through 79 as

if fully set forth herein.

81)     The Defendants lack sufficient knowledge or information to admit or deny the

allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an

answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Two: The Warrant Application Contained Statements that Were Knowingly and Recklessly False and Made Material Omissions in Violation of the Fourth Amendment.**

82)     The Defendants adopt and incorporate every answer in paragraphs 1 through 81 as

if fully set forth herein.

83)     The Defendants lack sufficient knowledge or information to admit or deny the

allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.

Additionally, the allegations contain conclusions of law to which no answer is required.  If an

answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Three: The Warrant Application Contained Information Obtained in an Unconstitutional Manner in Violation of the Fourth Amendment.**

84)    The Court has dismissed Count III and thus no response is required.

85)    The Court has dismissed Count III and thus no response is required.

**Four: The Obvious Lack of Probable Cause and False and Reckless Statements and Omissions Were the Result of a Policy, Pattern, and Custom of Such Conduct by the MPD and the Result of the MPD's Failure to Properly Train and Supervise Its Officers.**

86)    The Defendants adopt and incorporate every answer in paragraphs 1 through 85 as if fully set forth herein.

87)    The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Five: Officers Raiding the Home Failed to Knock and Announce Their Presence Before Breaking the Door and Raiding the Home.**

88)    The Defendants adopt and incorporate every answer in paragraphs 1 through 87 as if fully set forth herein.

89)    The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof. Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

**Six: Negligence Per Se: Officers Were Negligent When They Failed to Knock and Announce Their Presence Despite a Constitutional and Statutory Duty to Do So.**

90)    The Court has dismissed Count VI and thus no response is required.

91)    The Court has dismissed Count VI and thus no response is required.

**Seven: Officers Raiding the Home Exceeded the Scope of the Warrant, Used Excessive Force, Made Unnecessary and Unreasonable Seizures Not Authorized By the Warrant, and Engaged in Conduct that Shocks the Conscience in Violation of the Fourth and Fifth Amendments.**

92)      The Defendants adopt and incorporate every answer in paragraphs 1 through 91 as if fully set forth herein.

The Defendants lack sufficient knowledge or information to admit or deny the allegations in this paragraph, and therefore deny the allegations and demand strict proof thereof.  Additionally, the allegations contain conclusions of law to which no answer is required.  If an answer is required, the Defendants deny the allegations and demand strict proof thereof.

By way of further answer,  the Defendants represent that all defenses are based upon information presently available and preserve the right to amend their Answer should facts learned in discovery so warrant.  Any allegation not specifically admitted herein is denied.

### Jury Demand

The Defendants request a trial by jury on all issues so triable.

### Set-off

The Defendants assert a set-off against any judgment rendered against it for all funds and services provided to or on behalf of Plaintiffs.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Jonathan H. Pittman
JONATHAN H. PITTMAN [430388]

16

Assistant Deputy Attorney General, Civil Litigation
Division

*/s/ Joseph A. González*
JOSEPH A. GONZÁLEZ [995057]
Assistant Attorney General
441-4th Street, N.W., Suite 630 South
Washington, D.C.  20001-2714
202-724-5692 (direct)
joseph.gonzalez@dc.gov

*/s/ Aaron J. Finkhousen*
AARON J FINKHOUSEN [1010044]
441 4th Street, N.W., Suite 630 South
Washington, D.C. 20001-2714
202-724-7334 (direct)
aaron.finkhousen@dc.gov

Counsel for Defendants