## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICE PITTS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 14-cv-1319 (TSC) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT

The Court stayed this case pending the parties' settlement discussions in an effort to encourage a cooperative solution to the complaint. Negotiations continue: the parties have exchanged their initial positions and have begun evaluating the specifics of a possible settlement. The parties ask the Court to continue the stay for 30 days.

    Respectfully submitted,

    */s/ Katherine Hubbard*
    Katherine Hubbard (California Bar No. 302729, admitted to practice under local rule 83.2(g))
    Alec Karakatsanis (D.C. Bar No. 999294)
    Civil Rights Corps
    916 G Street NW
    Washington, D.C. 20001
    (202) 681-2409
    katherine@civilrightscorps.org
    alec@civilrightscorps.org

    *Attorneys for Plaintiff*

    KARL A. RACINE
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Aaron J. Finkhousen*
AARON J. FINKHOUSEN [1010044]
Assistant Attorney General
Suite 630 South
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-7334
(202) 730-0493
aaron.finkhousen@dc.gov

*Attorneys for Defendants*