**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICE PITTS, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, ET AL.,**<br><br>Defendants. | **CA: 14-cv-1319 (TSC)** |

## STIPULATION OF DISMISSAL

The Parties stipulate to the dismissal with prejudice of the claims against Mark Pugh, Leroy Rollins, Sean Hodges, Tony Covington, James Chastanet, Marcus Stevens, Seth Anderson, Sydeny Catlett, Kim Togans, James Little, Ursula Tutt, Christopher Plumley, and John Doe Officers 1-10.  Fed. R. Civ. P. 41(a).

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine Hubbard*<br>Katherine Hubbard (California Bar No. 302729, admitted to practice under local rule 83.2(g))<br>Alec Karakatsanis (D.C. Bar No. 999294)<br>Civil Rights Corps<br>916 G Street NW<br>Washington, D.C. 20001<br>(202) 681-2409<br>katherine@civilrightscorps.org<br>alec@civilrightscorps.org<br><br>*Attorneys for Plaintiff* | KARL A. RACINE<br>Attorney General for the<br>District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Michael Addo*<br>MICHAEL ADDO [1008971]<br>Chief, Civil Litigation Division Section IV<br><br>*/s/ Robert A. DeBerardinis, Jr.*<br>ROBERT A. DEBERARDINIS, JR. [#335976]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, DC 20001<br>(202) 724-6642; (202) 741-8895 (fax)<br>Robert.deberardinis@dc.gov |

*/s/ Aaron J. Finkhousen*
Aaron J. Finkhousen [1010044]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C.  20001
(202) 724-7334
(202) 730-0493 (fax)
aaron.finkhousen@dc.gov

*Counsel for Defendant*
