**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICE PITTS, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE DISTRICT OF COLUMBIA, ET AL.,**<br><br>**Defendants.** | **CA: 14-cv-1319 (TSC)** |

**STIPULATION OF DISMISSAL**

Plaintiffs and the District of Columbia hereby stipulate to the dismissal of this case with prejudice, having reach a full and final settlement of all claims. Fed. R. Civ. P. 41(a).

Respectfully submitted,

*/s/ Katherine Hubbard*
Katherine Hubbard (California Bar No. 302729, admitted to practice under local rule 83.2(g))
Alec Karakatsanis (D.C. Bar No. 999294)
Civil Rights Corps
916 G Street NW
Washington, D.C. 20001
(202) 681-2409
katherine@civilrightscorps.org
alec@civilrightscorps.org

*Attorneys for Plaintiff*

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Michael Addo*
MICHAEL ADDO [1008971]
Chief, Civil Litigation Division Section IV

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [#335976]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 724-6642; (202) 741-8895 (fax)
Robert.deberardinis@dc.gov

*/s/ Aaron J. Finkhousen*
Aaron J. Finkhousen [1010044]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C. 20001
(202) 724-7334
(202) 730-0493 (fax)
aaron.finkhousen@dc.gov

*Counsel for Defendant*