# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICE PITTS,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 14-cv-1319 (TSC) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulations of Dismissal filed by the parties (ECF Nos. 40, 41), this action is hereby dismissed with prejudice.

Date: April 25, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge